# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PILAR ASTON,<br><br>    Plaintiff<br><br>v.<br><br>THE CORPORATION OF MERCER UNIVERSITY,<br><br>    Defendant. | Civil Action No. 1:13-CV-3172-RWS-JSA |

## DEFENDANT CORPORATION OF MERCER UNIVERSITY'S RESPONSE TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND THE MAGISTRATE'S REPORT AND RECOMMENDATION

COMES NOW the Corporation of Mercer University (hereinafter referred to as "Mercer") Defendant in the above-styled action and responds to Plaintiff's Motion for Temporary Restraining Order filed on February 19, 2014 and the United States Magistrate Judge Justin S. Anand's Report and Recommendation on the Motion for Temporary Restraining Order filed on February 28, 2014. Mercer states that it has no objections to Judge Anand's Report and urges the Court to accept his recommendation that the Plaintiff's

motion be denied for the reasons listed in his report as well as those reasons found below. In support of its response, Mercer shows the Court as follows:

**ARGUMENT AND CITATION OF AUTHORITY**

Fed. R. Civ. P. 65(c) states that "the Court may issue a preliminary injunction or a temporary restraining order *only if* the movant gives security in an amount that the Court considers proper to pay the costs and damages sustained by any party found to have been wrongfully enjoined or restrained." In Cataldi v. New York Community Bank, 1:13-CV-3972-RWS-JSA, 2014 WL 359954 (N.D. GA February 3, 2014) this court held, in addition to reasons similar to those cited in Judge Anand's Report and Recommendation, that the Plaintiff could not secure a temporary restraining order because they did not offer to tender any amount as security for a TRO. See also, Jones v. Washington Mutual Bank et.al., 1:11-CV-0591-RWS, 2011 WL 825766 (N.D. GA March 3, 2011), LaCosta v. McCalla Raymer LLC et.al, 1:10-CV-1171-RWS, 2011 WL 166902 (N.D. GA January 18, 2011).

Plaintiff's motion for a temporary restraining order is devoid of any offer to tender any security for that order. Moreover, Plaintiff makes no argument that she should not be required to pay any security into the Court.

Plaintiff has failed to meet the requirements of Fed. R. Civ. P. 65(c).  Her motion for a temporary restraining order should be dismissed accordingly.

For the reasons cited in Judge Anand's Report and Recommendation on the Motion for Temporary Restraining Order and those listed above, Mercer prays that this Court dismiss the Plaintiff's Motion for Temporary Restraining Order.

RESPECTFULLY SUBMITTED this 28th day of February, 2014.

/s/Jeffery O. Monroe
**JEFFERY O. MONROE**
State Bar Number 516196
Attorney for Defendant
The Corporation of Mercer University

**JONES, CORK & MILLER, L.L.P.**
Fifth Floor SunTrust Bank Building
435 Second Street, Macon, GA  31201
Post Office Box 6437, Macon, GA 31208-6437
Telephone:  (478) 745-2821
Facsimile:  (478) 743-9609
jeffery.monroe@jonescork.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **DEFENDANT CORPORATION OF MERCER UNIVERSITY'S RESPONSE TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND THE MAGISTRATE'S REPORT AND RECOMMENDATION** was electronically filed with the Clerk of Court using the CM/ECF system and mailed by United States Postal Services to the Plaintiff in this action at the following address:

>Pilar Aston
>P.O. Box 19186
>Atlanta, GA 31126

This 28th day of February, 2014.

>*/s/Jeffery O. Monroe*
>**JEFFERY O. MONROE**
>State Bar Number 516196
>Attorney for Defendant
>The Corporation of Mercer University

**JONES, CORK & MILLER, L.L.P.**
Fifth Floor SunTrust Bank Building
435 Second Street, Macon, GA  31201
Post Office Box 6437, Macon, GA 31208-6437
Telephone:  (478) 745-2821
Facsimile:  (478) 743-9609
jeffery.monroe@jonescork.com

# CERTIFICATION PURSUANT TO L.R. 5.1B AND 7.1D

I hereby certify that pursuant to Northern District of Georgia Local Rules 5.1B and 7.1D, the foregoing motion is proportionately spaced, prepared with a uniform typeface of Times New Roman 14-point and contains no more than 10 characters per inch of type.

This 28th day of February, 2014.

                                                  /s/Jeffery O. Monroe
                                                  **JEFFERY O. MONROE**
                                                  State Bar Number 516196
                                                  Attorney for Defendant
                                                  The Corporation of Mercer University

**JONES, CORK & MILLER, L.L.P.**
Fifth Floor SunTrust Bank Building
435 Second Street, Macon, GA  31201
Post Office Box 6437, Macon, GA 31208-6437
Telephone:  (478) 745-2821
Facsimile:  (478) 743-9609
jeffery.monroe@jonescork.com