IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **PILAR ASTON,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**THE CORPORATION OF MERCER UNIVERSITY,**<br><br>    **Defendant.** | **Civil Action No. 1:13-CV-3172-RWS-JSA** |

# CERTIFICATE OF SERVICE OF DISCOVERY MATERIAL PURSUANT TO L.R. 26.3

Pursuant to L.R. 26.3 I hereby certify that I served copies of the following documents upon Plaintiff:

1. Defendant Corporation of Mercer University's First and Continuing Interrogatories to Plaintiff Pilar Aston.

2. Defendant Corporation of Mercer University's First Request for Production of Documents to Plaintiff Pilar Aston.

3. Defendant Corporation of Mercer University's First Request for Admissions to Plaintiff Pilar Aston.

The documents were served upon by depositing same in the United States Mail in an envelope with adequate postage thereon and addressed as follows:

>Pilar Aston
>P.O. Box 19186
>Atlanta, GA  31126

Pursuant to L.R. 26.3, the undersigned shall retain the original discovery material as its custodian.

This 24th day of March, 2014.

>s/Jeffery O. Monroe
>**JEFFERY O. MONROE**
>Georgia Bar Number 516196
>Attorney for Defendant
>The Corporation of Mercer University

**JONES, CORK & MILLER, LLP**
P.O. Box 6437
Macon, Georgia  31208-6437
Telephone (478) 745-2821
Facsimile (478) 743-9609
jeffery.monroe@jonescork.com