FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 28 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| *PILAR ASTON Propria persona*<br>*Plaintiff,*<br><br>v.<br><br>**THE CORPORATION OF MERCER UNIVERSITY**<br>*Defendants.* | *Civil Action No:1:13-cv-3172-RWS-JSA*<br><br>*JURY DEMANDED* |

## MOTION TO STRIKE SECOND AMENDED COMPLAINT AND MOTION TO JOIN NECESSARY PARTY

*Plaintiff, Pilar Aston, Propria persona, moves for entry of an order striking the Second Amended Complaint filed April 10, 2014, and states:*

1. Pursuant to this Court's order dated March 27, 2014, Plaintiff was required to file amended complaint 14 days from the date of order.

2. Plaintiff filed Second Amended Complaint and Motion To Join Necessary Party on April 10, 2014[Dkt.29], [Dkt.30].

3. Upon further review on April 26, 2012, during Discovery, the Plaintiff discovered the Second Amended Complaint and Motion To Join

*Necessary Party to be flawed and imprecise in relation to newly retrieved information.*

4. *On April 28, 2014, the Plaintiff filed Motion for Leave to File Corrected Second Amended Complaint and Motion To Join Necessary Party.*

*Wherefore, Plaintiff respectfully request that the Second Amended Complaint filed on April 10, 2014 [Dkt.29], [Dkt.30] be stricken from the Court docket and that the docket text be removed from the public docket.*

Respectfully submitted,

Pilar Aston Pro Se
POB 19186
Atlanta, Georgia  31126
(678)906-6662

## CERTIFICATION OF COMPLIANCE WITH L.R. 5.1B

*I hereby certify that the foregoing has been computer processed with 14 point Book Antiqua Font in compliance with the United States District Court for the Northern District of Georgia Local Rule 5.1B.*

IN UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PILAR ASTON Propria persona Plaintiff, <br><br> v. <br><br> THE CORPORATION OF MERCER UNIVERSITY Defendants. | Civil Action No:1:13-cv-3172-RWS-JSA <br><br> JURY DEMANDED |

## CERTIFICATE OF SERVICE

This will certify that I have this day caused to be served a Copy of the within and foregoing **Motion Strike Second Amended Complaint and Motion To Join Necessary Party** upon the following parties by placing the same in the United States Mail, postage prepaid, addressed to:

Jeffery Monroe
Jones, Cork & Miller
POB 6437
Macon, Georgia 31208

This 26th day of April, 2014.

*Respectfully submitted,*

*Pilar Aston Pro Se*
*POB 19186*
*ATLANTA, GEORGIA 31126*
*(678)906-6662*