# EXHIBIT 32



Today on AOL

**Inbox**

Drafts

Sent

Spam

Trash

Saved Chats

Contacts

Calendar

My Folders     Manage Folders

Saved Mail

Apple

Archives

DE POST VAN DE TR...

Deleted Messages

HET ONDERZOEK VAN...

Howard University

Ink Papers

INSURANCE

Junk E-mail

Mercer U

Notes

Outbox

PURCHASES

SCSU

Sent Messages

You Tube

## Fees for lab and facility use

From: Pilar Aston <crjspilar@aol.com>
 To: Danheiser_P <Danheiser_P@mercer.edu>
Date: Mon, Jan 24, 2011 1:54 pm

Dr. Danheiser

In looking at my account summary I see that I have fees that are charged to my account in both fall and spring despite my classes being online and independent study. I was unaware that student are charged the fees and there is no use of the mercer lab of facilities. I contacted the bursar with forwarded me to the register office. I was told that the dean has to request that these fees are removed and to contact you.

Gebeden Voor Allen
Oprecht, Pilar Aston

# EXHIBIT 33



Today on AOL

Inbox

Drafts

Sent

Spam

Trash

Saved Chats

Contacts

Calendar

My Folders    Manage Folders

**Re: fees**

From: Priscilla R. Danheiser <DANHEISER_P@mercer.edu>
To: Pilar Aston <crjspilar@aol.com>
Date: Thu, Feb 3, 2011 8:50 am

Dr. Johnson contacted the Bursar yesterday.

Sent from my iPhone

On Feb 1, 2011, at 9:55 PM, "Pilar Aston" <crjspilar@aol.com> wrote:

Dr. Danheiser have you received any information about the fees?

Gebeden Voor Allen
Oprecht, Pilar Aston

Accessible Version | Standard Version | Terms of Service | Privacy Policy | About Our Ads | Shortcuts    © 2014 AOL Inc. All Rights Reserved

# EXHIBIT 34

crjspilar   Sign Out

Search the Web          enhanced by          Shortcuts | Settings | Help

Search

Mail          Actions

Today on AOL
Inbox
Drafts
Sent
Spam
Trash
Saved Chats

Contacts
Calendar

My Folders    Manage Folders
Saved Mail
Apple
Archives
DE POST VAN DE TR...
Deleted Messages
HET ONDERZOEK VAN...
Howard University
Ink Papers
INSURANCE
Junk E-mail
Mercer U
Notes
Outbox
PURCHASES
SCSU
Sent Messages
You Tube

## Re: fees

From: Pilar Aston <crjspilar@aol.com>
  To: DANHEISER_P <DANHEISER_P@mercer.edu>
Date: Thu, Feb 3, 2011 2:28 pm

Dr. Danheiser, I contacted the Bursar and spoke with Sheri Meeks and was told she had not received any contact from your office.
The fees included Fall and Spring Facility and lab fees.


Gebeden Voor Allen
Oprecht, Pilar Aston


——Original Message——
From: Priscilla R. Danheiser <DANHEISER_P@mercer.edu>
To: Pilar Aston <crjspilar@aol.com>
Sent: Thu, Feb 3, 2011 8:50 am
Subject: Re: fees

Dr. Johnson contacted the Bursar yesterday.

Sent from my iPhone

On Feb 1, 2011, at 9:55 PM, "Pilar Aston" <crjspilar@aol.com> wrote:

  Dr. Danheiser have you received any information about the fees?

  Gebeden Voor Allen
  Oprecht, Pilar Aston

AOL | Mail Toolbar | Make AOL My Home Page

crjspilar   Sign Out

Search the Web                     enhanced by                    Shortcuts | Settings | Help

Search

Mail

Today on AOL
**Inbox**
Drafts
Sent
Spam
Trash
Saved Chats

Contacts

Calendar

My Folders    Manage Folders

Actions

### RE: pilar aston (fees)

**From:** Gail Johnson <JOHNSON_GW@mercer.edu>
**To:** ASTON <crjspilar@aol.com>
**Date:** Tue, Apr 19, 2011 10:53 am



Pilar,
I am very sorry that this is taking so long to iron out. We are working on a solution. I have sent the information to the Bursar and am waiting to hear back from her. I am out of the office today, but will follow up with her tomorrow to see if we can finally resolve the issue.
My apology,
Gail Johnson

**From:** ASTON [mailto:crjspilar@aol.com]
**Sent:** Tuesday, April 19, 2011 8:15 AM
**To:** Gail Johnson
**Subject:** Fwd: pilar aston (fees)


Begin forwarded message:

> **From:** Pilar Aston <crjspilar@aol.com>
> **Date:** March 31, 2011 5:44:52 EDT
> **To:** johnson_gw@mercer.edu
> **Subject:** pilar aston (fees)
>
> Good Morning, have you
> found any information about the fees ?
>
> Gebeden Voor Allen
> Oprecht, Pilar Aston

Accessible Version | Standard Version | Terms of Service | Privacy Policy | About Our Ads | Shortcuts    © 2014 AOL Inc. All Rights Reserved

# EXHIBIT 82

If that time is inconvenient than I can see you on registration day @ henry the 15th I believe. I would be pushing to get back to meet with you so I would have to consider the unexpected. Thank you

**From:** Gary Blome <BLOME_GW@mercer.edu>
**Date:** Mon, Aug 06, 2012 11:11 PM
**To:** PILAR ASTON <inkmatters11@aol.com>
**Subject:** RE: Pilar Aston

It sounds to me like that should be possible.

Gary Blome

**From:** The Aston's [inkmatters11@aol.com]
**Sent:** Monday, August 06, 2012 10:29 PM
**To:** Gary Blome
**Subject:** Re: Pilar Aston

I am out of town dropping my daughter at college until the 13th of this month,can we arrange after 3 that day?

**From:** Gary Blome <BLOME_GW@mercer.edu>
**Date:** Mon, Aug 06, 2012 10:22 PM
**To:** PILAR ASTON <inkmatters11@aol.com>
**Subject:** RE: Pilar Aston

Ms. Aston,

I would like to meet with you this Friday (10 August) at the Henry County RAC so we can go over and discuss what you have done.  We also still have some paperwork to execute and a little strategy to discuss so you can complete your degree.

The Center will be open from 8:30 AM until 5 PM.  You can pick the time.

Gary Blome


**From:** The Aston's [inkmatters11@aol.com]
**Sent:** Monday, August 06, 2012 1:58 PM
**To:** Gary Blome

# EXHIBIT 88

## RE: Final Exam

From **Gary Blome** BLOME_GW@mercer.edu    hide details

To **MS ASTON** inkmatters11@aol.com

I know your situation must be way more complex (and possibly irritating) than I can possibly imagine.

You are obviously intelligent and I am under no illusions that spending a lot of time on INFM 110 will have any real positive impact on your personal success or quality of life.

Therefore, yes, we are "done" with 110. You can leave the book with Crystal at the Henry County RAC or mail it to me at 849 Wera Place, Macon, GA 31210. I'll submit paperwork for a passing grade in the class. (Given what you have experienced, a "B.")

Gary Blome

**From:** MS ASTON [inkmatters11@aol.com]
**Sent:** Thursday, March 21, 2013 11:41 PM
**To:** Gary Blome
**Subject:** Fwd: Final Exam

Verstuurd vanaf mijn iPhone

Begin doorgestuurd bericht:

> **Van:** MS ASTON <inkmatters11@aol.com>
> **Datum:** January 16, 2013, 16:29:21 EST
> **Aan:** Gary Blome <gwblome@bellsouth.net>
> **Onderwerp:** Antw.: Final Exam

> Dr. Blome are we done with 110? Where would you like me to leave your book? Thank you, aston

**From:** Gary Blome <gwblome@bellsouth.net>
**Date:** Wed, Nov 28, 2012 10:33 AM
**To:** PILAR ASTON <inkmatters11@aol.com>
**Subject:** RE: Final Exam

# EXHIBIT 107

MERCER UNIVERSITY
C/O STUDENT LOAN OFFICE
1400 COLEMAN AVENUE
MACON, GA 31207

☐ Check Here and fill out the reverse for name/address change

PILAR ASTON
POB 19061
ATLANTA, GA 30004

REMINDER: Grace period 4 months remaining

Dear Borrower,

Your loan is currently in a grace period and has 4 months remaining. A payment is not due at this time.

We would like to take this opportunity to advise you on credit reporting and your credit rating. Your credit history is very important. This student loan is one of your first opportunities to establish good credit. This notice explains how the credit system works and how you can help yourself when your turn to repay your loan comes around.

According to federal law, we have notified your credit bureau of this debt. Since your promissory note allows a payment free grace period, you currently have a clean rating.

We send updates to the credit bureau for the life of your loan. A favorable rating on this loan will put you in good standing when you need credit elsewhere. Likewise, a poor credit rating will negatively affect you.

Meanwhile, if you have borrowed from several lenders you may want to find out about loan consolidation. Loan consolidation results in a single monthly payment, usually less than the total you would pay monthly without consolidation. A lengthened repayment period and flexible repayment plans may also be available.

Sincerely,

Mercer University
Student Loan Office
478-301-2407
Toll free number 800-637-2378 (choose option 7 followed by option 3)
478-301-2673 Fax
studentloanoffice@mercer.edu

# EXHIBIT 85

Verstuurd vanaf mijn iPhone

Begin doorgestuurd bericht:

> **Van:** MS ASTON <inkmatters11@aol.com>
> **Datum:** January 16, 2013, 16:29:21 EST
> **Aan:** Gary Blome <gwblome@bellsouth.net>
> **Onderwerp: Antw.: Final Exam**

Dr. Blome are we done with 110? Where would you like me to leave your book? Thank you, aston

**From:** Gary Blome <gwblome@bellsouth.net>
**Date:** Wed, Nov 28, 2012 10:33 AM
**To:** PILAR ASTON <inkmatters11@aol.com>
**Subject:** RE: Final Exam

We should probably meet and talk about the class so you can get a clear idea of what would be a good essay.

Any suggestions about possible appointment times?

Gary Blome

P.S. The final looks pretty good – as far as it goes.

**From:** The Aston Family [mailto:inkmatters11@aol.com]
**Sent:** Monday, November 26, 2012 9:48 PM
**To:** Gary Blome
**Subject:** Final Exam

Dr. Blome, good Day tell me about what you want in the essay. Thank you, Aston

# EXHIBIT 42

**Subject:** Grades
**Date:**    Wed, Oct 12, 2011 9:56:15 AM Eastern Daylight Time
**From:**    crjspilar@aol.com
**To:**      gwblome@bellsouth.net

Dr. Blome hello, any news on work I submitted? Pilar

# EXHIBIT 75

You were registered for 2 courses--LBST302.1W1 and SOCI111.1W2.

Sarah McCommon
Registrar, Regional Academic Centers
mccommon_st@mercer.edu

CONFIDENTIALITY NOTICE

This Electronic Message contains information from the Office of the Registrar at
Mercer University and is confidential or privileged.  The information is
intended to be for the use of the individual or entity named above.  If you are
not the intended recipient, be aware that any disclosure, copying, distribution
or use of the contents of this message is prohibited.  If you have received this
electronic message in error, please notify us immediately. This information may
be protected by federal law, which prohibits further distribution, sharing, or
disclosure of the information.

-----Original Message-----
From: Pilar As [mailto:inkmatters11@aol.com]
Sent: Friday, May 17, 2013 3:34 PM
To: Sarah McCommon
Subject: 10254524

Hello, I would like to request information in reference to  my
enrollment during summer 2011 and the status at the time (half or full
time).Thank you

# EXHIBIT 35



February 23, 2011

Pilar W Aston
P O Box 19061
Atlanta, GA 31126

Dear Pilar:

Our records show the following information. We ask you to review it very carefully. If any changes are needed, please contact me immediately at (478) 301-5475. If the information listed below is correct, you do not need to call our office unless you have specific questions regarding your degree or commencement ceremony.

| | |
|---|---|
| Name on Diploma | : Pilar W. Aston |
| Primary Degree | : BSSS |
| Primary Major | : CRJS |
| Primary Minor | : |
| Secondary Major | : |
| Secondary Minor | : |
| Center | : Atlanta |

**\*\*The below information is dependent upon successful completion of requirements\*\***

| | |
|---|---|
| Anticipated Graduation Date | : Summer 2011 |
| Participation in Commencement | : Not attending, May 2011 |

We congratulate you on your accomplishments thus far, and we wish you the best as you continue upon your journey.

Sincerely,

Marylin Sapp
Sr. Assistant Registrar

ms

# EXHIBIT 76

From: PILAR ASTON[mailto:crjspilar@aol.com]
Sent: Monday, February 20, 2012 10:20 PM
To: Gary Blome
Subject: PILAR A INSY 350

Dr. Blome ,good day questions 1,4, 9,and11 gave me problems,so much information I was a bit unsure about giving to muchinformation for the one's with particle answers. Give me feed back if you wantadjustments. Thank you, Aston

# EXHIBIT 11

# INFORMATION SYSTEMS
**B.S.I.S. Degree**
**128 Semester Hours**

**General Education Requirements** .......................... .42 hours
**Requirements** .......................................... .39 hours

| | |
|---|---|
| INSY 115. | Introduction to Information Systems |
| INSY 130. | Introduction to Operating Systems |
| INSY 162. | Computer Science |
| INSY 269. | Multimedia Presentation |
| INSY 312. | Data Base Design |
| INSY 325. | Expert Systems and Artificial Intelligence **or** |
| INSY 331. | Information Technology and Decision Making |
| INSY 350. | Data Communications and Network Systems Design |
| INSY 391. | Computer Privacy, Ethics, Crime, and Society |
| INSY 455. | Information Systems Analysis and Design |
| INSY 498. | Information Systems Strategy and Policy |
| MATH 181. | Calculus for the Social and Life Sciences |

2 Elective courses from: INSY 161, 226, 230, 301, 309, 321, 325, 331, or 387

**Business Requirement** .................................... .3 hours

MGT 363.    Principles of Management

**Electives** .............................................. .44 hours

**TOTAL** ...................................... .128 semester hours

## MINOR
**Information Systems**
**18 Semester Hours**

Admission to the information systems minor requires approval of the Information Systems Department Chair. Students approved for this minor should select any 6 hours from 100 and 200 level courses and any 12 hours from 300 and 400 level courses listed in the information systems subject area and not counted as general education requirements or as requirements in their major.

# DEPARTMENT OF COUNSELING AND HUMAN SCIENCES

Arthur Williams, *Chair/Associate Professor*
Priscilla Danheiser and Kyra L.Osmus, *Professors*
William D. Lane, Laurie L. Lankin, Billy J. Slaton, and Kevin L. Wickes, *Associate Professors*
Marna Burns, Lynn Clemons, and Mary Saunders, *Assistant Professors*
Richard Bohannon, Nancy Gup, Ron Holt, and Charles Weston, *Visiting Assistant Professors*

The Department of Counseling and Human Sciences offers major programs in criminal justice and human services, and minors in applied sociology, criminal justice, human services, and applied psychology in the centers. A degree program in organization leadership is offered in Douglas County and Henry

County. A master's degree program in community counseling is offered on the Atlanta campus.

## Counseling and Human Sciences Department Goal Statement

The Counseling and Human Sciences Department maintains a commitment to student learning through effective teaching, service, and research. The faculty strive to facilitate critical thinking and a life-long interest in learning in an environment of intellectual and spiritual freedom in an atmosphere that encourages compassion, understanding, and responsibility. A comprehensive set of educational programs are offered to meet the needs of students interested in the general fields of applied sociology, applied psychology, human services, criminal justice, organization leadership and counseling.

## Counseling and Human Sciences Department Objectives

1. To create an environment for the development of critical thinking skills which contribute to education as a life-long process.

2. To develop a knowledge base and skills that enable students to interact in a diverse, technologically complex society by emphasizing the relationship between theory and practice.

3. To cultivate a community of learning characterized by high ethical standards and an understanding of diversity.

4. To provide and promote academic programs that will respond effectively to professional communities.

5. To provide and encourage opportunities for faculty development in consultation, teaching, service, and research.

# CRIMINAL JUSTICE

Dr. Billy J. Slaton, *Program Coordinator/Associate Professor*

**CRIMINAL JUSTICE**
**B.S.S.S. Degree**
**128 Semester Hours**

<u>Requirements</u>
**Prerequisites**

| | |
|---|---|
| PSYC 111. | Introduction to Psychology |
| SOCI 111. | Introduction to Sociology |

**General Education Requirements** .........................42 hours
**Content Studies** .......................................40 hours

| | |
|---|---|
| CRJS 260. | Introduction to Criminal Justice |
| CRJS 359. | The Judicial Process |
| CRJS 360. | Criminology |
| CRJS 361. | Criminal Offender |
| CRJS 362. | Juvenile Delinquency |
| CRJS 369. | Criminal Law and Procedure |
| CRJS 401. | Interpersonal Violence |

Academic Standards Committee require some entering students to enroll in and successfully complete one or more of the foundation courses as part of their admissions process, specifically, provisionally admitted students and all international students.

## DEPARTMENT OF INFORMATION SYSTEMS

Kenneth W. Revels, *Chair/Assistant Professor*
Gary W. Blome, *Assistant Professor*
Feng Liu, *Visiting Assistant Professor*
Charles Byrd, Jr., *Instructor*

The Department of Information Systems offers a degree program and a minor that focus on: 1) basic theory and design of computers and computer systems, 2) programming techniques and 3) practical applications of information systems, including networks, data communication and systems development to meet specific organizational requirements.

### Program Goals

Students will be exposed to a learning environment that is structured to allow students unlimited access to multiple resources within and outside of the classroom. The department will:

- Offer an undergraduate education based upon a strong liberal arts foundation with emphasis on information systems.

- Foster critical thinking within the classroom, within professional environments and in personal contexts.

- Focus on cultivating an appreciation for the centrality of information systems in a variety of social contexts.

- Refine students' abilities to more precisely express themselves that allow them to make significant contributions in their workplace, community and in the world.

- Encourage tolerance, compassion, understanding and responsibility.

### Program Objectives

Upon completion of a program of study in information systems, students will:

1. Be able to demonstrate an understanding of information systems principles relevant in professional contexts.

2. Be able to address fundamental questions about the way technology shapes human consciousness, interaction and social structures.

3. Be able to describe the ways information technology is integrated in professional, personal and larger social contexts.

4. Be able to integrate information systems concepts and theories into current business operations.

EXHIBIT 36

crjspilar   Sign Out

Search the Web                                    enhanced by        Shortcuts | Settings | Help

Search

Mail

Today on AOL

Inbox

Drafts

Sent

Spam

Trash

Saved Chats

Contacts

Calendar

My Folders   Manage Folders

Actions

## RE: INSY 395,162, 455,350

**From:** Gary Blome <gwblome@bellsouth.net>
**To:** 'Pilar Aston' <crjspilar@aol.com>
**Date:** Mon, Mar 7, 2011 12:33 am

Hello,

I apologize for neglecting you. I'm working on the missing syllabi and will set things up so they will be doable by the end of Session 2.

For 395, what books have you found? I should be able to fill in the gaps. Also, check the syllabus. I think it provides an alternative to the paper.

Gary Blome

**From:** Pilar Aston [mailto:crjspilar@aol.com]
**Sent:** Sunday, March 06, 2011 12:08 PM
**To:** gwblome@bellsouth.net
**Subject:** INSY 395,162, 455,350

Dr. Blome,
Hello, first the 30 page paper for 395, three of the assigned book or either out of print are out dated at Barnes and Nobles books .Could you please either suggest other are advise the best way to solve this issue. Second I need the syllabus for the other independent classes I have you for especially 162 the class from last session. Thanks for your time and all assistants is appreciated. Also instead of the 30 pages would you consider a power point  for 395?

Gebeden  Voor  Allen
Oprecht, Pilar Aston

Accessible Version   Standard Version   Terms of Service   Privacy Policy   About Our Ads   Shortcuts   © 2014 AOL Inc. All Rights Reserved

# EXHIBIT 54

**Subject:** RE: Pilar Aston -162
**Date:** Thu, Jan 05, 2012 11:40:35 PM Eastern Standard Time
**From:** Gary Blome
**To:** 'Ms. Aston'

If you don't have digital files already, fax is OK. I'm setting up a programming "project" that will satisfy 162 course requirements when you finish it. You will need to submit that as digital files.

For 350, rework the final and incorporate the material I gave you in December.

Gary Blome

P.S. Don't let this stress you out. You will be able to work through it.

-----Original Message-----
From: Ms. Aston [mailto:crjspilar@aol.com]
Sent: Thursday, January 05, 2012 3:19 PM
To: gwblome@bellsouth.net
Subject: RE: Pilar Aston -162

do want to scan and send by email?

-----Original Message-----
From: Gary Blome <gwblome@bellsouth.net>
To: 'Ms. Aston' <crjspilar@aol.com>
Sent: Thu, Jan 5, 2012 2:42 pm
Subject: RE: Pilar Aston -162

Please send digital files -- no more fax.

Gary Blome

-----Original Message-----
From: Ms. Aston [mailto:crjspilar@aol.com]
Sent: Wednesday, January 04, 2012 7:13 PM
To: gwblome@bellsouth.net
Subject: Fwd: Pilar Aston -162

**Subject:** RE: Pilar Aston -162
**Date:** Thu, Jan 05, 2012 3:42:06 PM Eastern Standard Time
**From:** Gary Blome
**To:** 'Ms. Aston'

Please send digital files -- no more fax.

Gary Blome

-----Original Message-----
From: Ms. Aston [mailto:crjspilar@aol.com]
Sent: Wednesday, January 04, 2012 7:13 PM
To: gwblome@bellsouth.net
Subject: Fwd: Pilar Aston -162

-----Original Message-----
From: Ms. Aston <crjspilar@aol.com>
To: bwblome <bwblome@bellsouth.net>
Sent: Wed, Jan 4, 2012 6:58 pm
Subject: Pilar Aston -162

Dr.Blome what do you want me too do with 162, I fax you the assignment?

# EXHIBIT 55


Need health insurance?
Find out if you qualify for financial help

Humana.
Learn More

crjspilar   Sign Out

Search the Web                    enhanced by          Shortcuts | Settings | Help

Search
Mail

Today on AOL
**Inbox**
Drafts
Sent
Spam
Trash
Saved Chats

Contacts
Calendar

My Folders    Manage Folders
Saved Mail
Apple
Archives
DE POST VAN DE TR...
Deleted Messages
HET ONDERZOEK VAN...
Howard University
Ink Papers
INSURANCE
Junk E-mail
Mercer U
Notes
Outbox
PURCHASES
SCSU
Sent Messages
You Tube

Actions

## RE: Pilar Aston -162

**From:** Gary Blome <gwblome@bellsouth.net>
**To:** 'Ms. Aston' <crjspilar@aol.com>
**Date:** Mon, Jan 9, 2012 3:31 pm
INSY_162_Final_Programming_Exercise.doc

Here is the "Final" for INSY 162.

Gary Blome

-----Original Message-----
From: Ms. Aston [mailto:crjspilar@aol.com]
Sent: Thursday, January 05, 2012 3:19 PM
To: gwblome@bellsouth.net
Subject: RE: Pilar Aston -162

do want to scan and send by email?

-----Original Message-----
From: Gary Blome <gwblome@bellsouth.net>
To: 'Ms. Aston' <crjspilar@aol.com>
Sent: Thu, Jan 5, 2012 2:42 pm
Subject: RE: Pilar Aston -162

Please send digital files -- no more fax.

Gary Blome

-----Original Message-----
From: Ms. Aston [mailto:crjspilar@aol.com]
Sent: Wednesday, January 04, 2012 7:13 PM
To: gwblome@bellsouth.net
Subject: Fwd: Pilar Aston -162


-----Original Message-----
From: Ms. Aston <crjspilar@aol.com>
To: bwblome <bwblome@bellsouth.net>
Sent: Wed, Jan 4, 2012 6:58 pm
Subject: Pilar Aston -162

Dr.Blome what do you want me too do with 162, I fax you the assignment?

Accessible Version | Standard Version | Terms of Service | Privacy Policy | About Our Ads | Shortcuts   © 2014 AOL Inc. All Rights Reserved

**INSY 162**
**Final Programming Exercise**

Design and code a Python program that will compute and return the area of both a triangle and rectangle with the same base and height.

Input specification. The program will ask the user to input values for both base and height, expressed in linear units. The program should be able to accept either integer or floating-point values.

Output specification. The program will display two statements in this general format:

The area of a _____ with a height of _____ units and a base of _____ units is _____ square units.

Exercise deliverables:

1. (2 points) Program pseudo code.
2. (2 points) Program flow chart **or** structure chart.
3. (6 points) Executable code.

Wikipedia may be used as a source for material related to flow chart and pseudo code development.

To save time and prevent wasted effort, complete program pseudo code and submit it for preliminary review before attempting to create executable code.

EXHIBIT 59

**Subject:** Tuition Notification Letter
**Date:** Mon, Jan 23, 2012 1:30:04 PM Eastern Standard Time
**From:** Ashley R. Harper
**To:** crjspilar@aol.com
**Priority:** High

Dear Pilar Aston,

This letter is to serve notice that your Tuition account has been placed with our collections office. Please direct all inquiries on this account to:

Mercer University
Collections Office
1400 Coleman Ave.
Macon, Ga. 31207

This Tuition account consists of past due charges owed for previous semesters attended. This account will accrue interest at a rate of 9.5% as well as late fees. The account will also be reported to credit reporting agencies. To avoid any further delinquency, please contact our office within the next 15 days.

If we do not hear from you, your account may be placed with a collection agency. If this action is necessary you will be responsible for all costs of collection, including attorney's fees and expenses. These collection fees will be a minimum of 33 1/3% or up to 67% of any outstanding balance at the time the matter is placed with a collection agency or attorney.

Please note that a hold will be placed on your records and will remain until this debt has been paid in full. To expedite this matter and avoid further expense, please remit in full. If you need to make payment arrangements, contact this office IMMEDIATELY.

Sincerely,



*Ashley R. Harper*
Mercer University
Student Loan Office
Toll free number 800-637-2378 (choose option 7 followed by option 3)
478-301-2673 fax
studentloanoffice@mercer.edu
http://www2.mercer.edu/StudentLoans/Home.htm
https://clm.mercer.edu/clmbwa/Login.aspx



*"But without faith it is impossible to please Him, for he who comes to God must believe that He is, and that He is a rewarder of those who diligently seek Him."* - Hebrews 11:6 (NKJV)

Search the Web [                    ]  [Search]  enhanced by

Shortcuts | Settings | Help

**Search**

Mail

Today on AOL

**Inbox**

Drafts

Sent

Spam

Trash

Saved Chats

Contacts

Calendar

My Folders    Manage Folders

Saved Mail

Apple

Archives

DE POST VAN DE TR...

Deleted Messages

HET ONDERZOEK VAN...

Howard University

Ink Papers

INSURANCE

Junk E-mail

Mercer U

Notes

Outbox

PURCHASES

SCSU

Sent Messages

You Tube

[Reply] [Reply All] [Forward] [Mark Unread] [Actions] [Go]

# RE: Tuition Notication Letter

**From:** Ashley R. Harper <harper_ar@mercer.edu>
   **To:** Ms. Aston <crjspilar@aol.com>
**Date:** Mon, Jan 23, 2012 4:37 pm

Dear Pilar Aston,

You may now access your account online: Please use Internet Explorer and direct
your browser to https://clm.mercer.edu/clmbwa/Login.aspx to log on.

Your login and password is in the following format:
10254524 (Student ID)
10254524$ (Student ID plus $ sign)
Once you login it will be necessary to update your email address and password.
Please be advised payments are not accepted on this site. You may send your
payments via mail or make a payment via phone.

Feel free to contact me if you have any additional questions.

Sincerely,


Ashley R. Harper
Mercer University
Student Loan Office
Toll free number 800-637-2378 (choose option 7 followed by option 3)
478-301-2673 fax
studentloanoffice@mercer.edu
http://www2.mercer.edu/StudentLoans/Home.htm
https://clm.mercer.edu/clmbwa/Login.aspx

"But without faith it is impossible to please Him, for he who comes to God must
believe that He is, and that He is a rewarder of those who diligently seek Him."
- Hebrews 11:6 (NKJV)

-----Original Message-----
From: Ms. Aston [mailto:crjspilar@aol.com]
Sent: Monday, January 23, 2012 3:16 PM
To: Ashley R. Harper
Subject: Re: Tuition Notication Letter

How do i log in to account BWA ?

-----Original Message-----
From: Ashley R. Harper <harper_ar@mercer.edu>
To: crjspilar <crjspilar@aol.com>
Sent: Mon, Jan 23, 2012 12:30 pm
Subject: Tuition Notication Letter

Dear Pilar Aston, This letter is to serve notice that your Tuition
account has been placed with our collections office.  Please direct all
inquiries on this account to: Mercer UniversityCollections Office400
Coleman Ave.Macon, Ga. 31207 This Tuition account consists of past due
charges owed for previous semesters attended.  This account will accrue
interest at a rate of 9.5% as well as late fees.  The account will also
be reported to credit reporting agencies. To avoid any further
delinquency, please contact our office within the next 15 days. If we
do not hear from you, your account may be placed with a collection
agency.  If this action is necessary you will be responsible for all
costs of collection, including attorney's fees and expenses.  These
collection fees will be a minimum of 33 1/3% or up to 67% of any
outstanding balance at the time the matter is placed with a collection
agency or attorney. Please note that a hold will be placed on your
records and will remain until this debt has been paid in full. To
expedite this matter and avoid further expense, please remit in full.
If you need to make payment arrangements, contact this office
IMMEDIATELY. Sincerely,   Ashley R. HarperMercer UniversityStudent Loan
OfficeToll free number 800-637-2378 (choose option 7 followed by option
3)478-301-2673
faxstudentloanoffice@mercer.eduhttp://www2.mercer.edu/StudentLoans/Home.h
tmhttps://clm.mercer.edu/clmbwa/Login.aspx "But without faith it is
impossible to please Him, for he who comes to God must believe that He
is, and that He is a rewarder of those who diligently seek Him." -
Hebrews 11:6 (NKJV)

# EXHIBIT 60

From: **Good Day** crjspilar@aol.com
Subject: Fwd: PILAR A INSY 350
Date: January 10, 2014 at 14:00
To: inkmatters11@aol.com

-----Original Message-----
From: PILAR ASTON <crjspilar@aol.com>
To: Gary Blome <gwblome@bellsouth.net>
Sent: Tue, Feb 21, 2012 4:26 pm
Subject: Re: PILAR A INSY 350


Ok, get well soon.


From: Gary Blome <gwblome@bellsouth.net>
Date: Tue, 21 Feb 2012 14:40:40 -0500
To: PILAR ASTON <crjspilar@aol.com>
Subject: RE: PILAR A INSY 350


Got it. And, I am still working onyour 162. I had surgery last week and it has slowed even my usual glacialpace.

Gary Blome


-------------------------------------------------------------

From: **Good Day** crjspilar@aol.com
Subject: Fwd: PILAR A INSY 350
Date: January 10, 2014 at 14:09
To: inkmatters11@aol.com

-----Original Message-----
From: Good Day <crjspilar@aol.com>
To: inkmatters11 <inkmatters11@aol.com>
Sent: Fri, Jan 10, 2014 2:00 pm
Subject: Fwd: PILAR A  INSY 350


-----Original Message-----From: PILAR ASTON <crjspilar@aol.com>To: Gary
Blome <gwblome@bellsouth.net>Sent: Tue, Feb 21, 2012 4:26 pmSubject: Re:
PILAR A  INSY 350Ok, get well soon. From:  Gary Blome
<gwblome@bellsouth.net>Date:  Tue, 21 Feb 2012 14:40:40 -0500To:  PILAR
ASTON <crjspilar@aol.com>Subject:  RE: PILAR A  INSY 350Got it.  And, I am
still working onyour 162.  I had surgery last week and it has slowed even my
usual glacialpace. Gary Blome -------------------------------------------------------
--From: PILAR ASTON[mailto:crjspilar@aol.com]Sent: Monday, February 20,
201210:20 PMTo: Gary BlomeSubject: PILAR A INSY 350 Dr. Blome ,good day
questions 1,4, 9,and11 gave me problems,so much information I was a bit
unsure about giving to muchinformation for the one's with particle answers.
Give me feed back if you wantadjustments. Thank you, Aston

# EXHIBIT 61

Dr Blome , hello hoping your feeling better, just wanted to touch base too see if we are completed . Thanks ,Aston

Received.

I'll need a day or two to check it out.

Gary Blome

Dr. Blome, hello this is the 162 assignment.

# EXHIBIT 63

Gary Blome

**From:** PILAR ASTON[mailto:crjspilar@aol.com]
**Sent:** Friday, March 02, 2012 12:48 PM
**To:** Gary Blome
**Subject:** Re: ASTON-insy 162

Dr. Blome , I left on Monday and will be Texas until late May, is there any way to fix 162 without traveling back to Georgia before I planned too. Also what about the work I provided for 455 and 498? Thank you,Aston

**From:** Gary Blome <gwblome@bellsouth.net>
**Date:** Fri, 2 Mar 2012 12:20:22 -0500
**To:** PILAR ASTON <crjspilar@aol.com>
**Subject:** RE: ASTON-insy 162

I'll be submitting an "A" for 350 later today.

We need to talk about 162 – I'll be at the Henry RAC Monday from around 5:15 until about 6:00.  If you need a different time, let me know.

Gary Blome

**From:** PILAR ASTON[mailto:crjspilar@aol.com]
**Sent:** Friday, March 02, 2012 9:09 AM
**To:** Gary Blome
**Subject:** FW: ASTON-insy 162

**From:** PILAR ASTON <crjspilar@aol.com>
**Date:** Wed, 29 Feb 2012 15:36:53 -0500
**To:** Gary Blome <gwblome@bellsouth.net>
**Subject:** FW: ASTON-insy 162

**Subject:** Re: ASTON-insy 162

After I sent it to you I did not save 455 and 498, my apology, I will check with my daughter I gave her my laptop after I purchased my new computer. I will also check to see if I made copies as well, give me until later today to locate any thing, she is away at college .Thank you

P.S. What do you want me to do with 162?

**From:** Gary Blome <gwblome@bellsouth.net>
**Date:** Fri, 2 Mar 2012 14:24:40 -0500
**To:** PILAR ASTON <crjspilar@aol.com>
**Subject:** RE: ASTON-insy 162

I'm sure we can deal with 162 via email.

Please resend the 355 and 498 material.

Gary Blome

**From:** PILAR ASTON[mailto:crjspilar@aol.com]
**Sent:** Friday, March 02, 2012 12:48 PM
**To:** Gary Blome
**Subject:** Re: ASTON-insy 162

Dr. Blome , I left on Monday and will be Texas until late May, is there any way to fix 162 without traveling back to Georgia before I planned too. Also what about the work I provided for 455 and 498? Thank you,Aston

**From:** Gary Blome <gwblome@bellsouth.net>
**Date:** Fri, 2 Mar 2012 12:20:22 -0500
**To:** PILAR ASTON <crjspilar@aol.com>
**Subject:** RE: ASTON-insy 162

I'll be submitting an "A" for 350 later today.

We need to talk about 162 – I'll be at the Henry RAC Monday from around 5:15 until about 6:00.  If you need a different time, let me know.

Gary Blome

**From:** PILAR ASTON[mailto:crjspilar@aol.com]
**Sent:** Friday, March 02, 2012 9:09 AM
**To:** Gary Blome
**Subject:** FW: ASTON-insy 162

**From:** PILAR ASTON <crjspilar@aol.com>
**Date:** Wed, 29 Feb 2012 15:36:53 -0500
**To:** Gary Blome <gwblome@bellsouth.net>
**Subject:** FW: ASTON-insy 162

**From:** PILAR ASTON <crjspilar@aol.com>
**Date:** Mon, 27 Feb 2012 14:12:51 -0500
**To:** Gary Blome <gwblome@bellsouth.net>
**Subject:** Re: ASTON-insy 162

Dr Blome , hello hoping your feeling better, just wanted to touch base too see if we are completed . Thanks ,Aston

**From:** Gary Blome <gwblome@bellsouth.net>
**Date:** Mon, 13 Feb 2012 13:23:27 -0500
**To:** PILAR ASTON <crjspilar@aol.com>
**Subject:** RE: ASTON-insy 162