# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:13-cv-03172-RWS-JSA
## Aston v. The Corporation of Mercer University
## Honorable Justin S Anand

Minute Sheet for proceedings held In Chambers on 05/05/2014.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:48 P.M.    TAPE NUMBER: none
TIME IN COURT: 0:48                DEPUTY CLERK: Cheryl Jenkins
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Pilar Aston appearing Pro Se<br>Jeffery Monroe representing The Corporation of Mercer University |
| PROCEEDING CATEGORY: | Telephone Conference(Oral Argument Hearing); |
| MINUTE TEXT: | The Court held a telephone conference to discuss a discovery dispute between the parties regarding subpoenas issued by Plaintiff to certain witnesses for the production of documents. Plaintiff agreed that her document requests could be considered as a request for documents directed to the Defendant. Defendant agreed to produce the requested documents to Plaintiff by May 19, 2014, except for those documents it deems to be covered by the attorney/client privilege, for which it will produce a privilege log. |
| HEARING STATUS: | Hearing Concluded |